NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GARY SEYMOUR,      )
     )
     Appellant,      )
     )
v.      )      Case No. 2D18-628
     )
STATE OF FLORIDA,      )
     )
     Appellee.      )
_____)

Opinion filed December 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

PER CURIAM.

Affirmed.

CASANUEVA, VILLANTI, and SALARIO, JJ., Concur.